JERSEY CITY v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

July 8, 1988.

Petition for certification denied.

JERSEY CITY PLANNING BOARD v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

July 8, 1988.

Petition for certification denied.

CHARLTON MACK v. NEW JERSEY STATE PAROLE BOARD.

July 8, 1988.

Petition for certification denied.

ROBERT RILEY v. NEW JERSEY BELL TELEPHONE.

July 8, 1988.

Petition for certification denied.